UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 38067
    DALE P JACKSON
    REBECCA S JACKSON                          CHAPTER 13

                                              JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-7520     SSN XXX-XX-0441

-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 09/16/05 and confirmed on 02/09/06.

    2.   The case was dismissed after confirmation, 06/27/2008.

    3.   The Debtor paid a total of $  69770.71 .

    4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | 50927.83 | .00 | 50927.83 |
| CITIMORTGAGE | MORTGAGE ARRE | 3178.00 | .00 | 2387.42 |
| FOND DU LAC CU | SECURED VEHIC | 13191.11 | 2132.80 | 9440.23 |
| CAPITAL ONE BANK | UNSECURED | 1315.99 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 269.84 | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DELL PREFERRED ACCT | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE VALLEY ANESTHESIO | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FRANK J OSTIR | UNSECURED | NOT FILED | .00 | .00 |
| FREEDMAN ANSELMO LINGBER | UNSECURED | NOT FILED | .00 | .00 |
| GINNYS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1094.04 | .00 | .00 |
| NAPERVILLE EAR NOSE & TH | UNSECURED | NOT FILED | .00 | .00 |
| AWA COLLECTIONS | UNSECURED | 297.13 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| SAMS | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PROFESSIONAL COLLECTORS | UNSECURED | NOT FILED | .00 | .00 |
| SALVATION ARMY | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 817.67 | .00 | .00 |
| WISCONSIN POWER & LIGHT | UNSECURED | NOT FILED | .00 | .00 |
| CSFV | UNSECURED | 541.34 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 580.64 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 235.94 | .00 | .00 |

Summary of disbursements:

---

|                      | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|----------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED   | 67296.94 | .00      | 5152.59   | .00   | 72449.53 |
| PRINCIPAL PAID       | 62755.48 | .00      | .00       | .00   | 62755.48 |
| INTEREST PAID        | 2132.80  | .00      | .00       | .00   | 2132.80  |
| TOTAL PAID           | 64888.28 | .00      | .00       | .00   | 64888.28 |

The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   2700.00
and was paid $    574.00  direct and $   2126.00  through the plan.

The Trustee received $   2756.43 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 09/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE